UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE BENNETT, JR.

       Plaintiff,                       Case Number 11-11452

                                         Honorable David M. Lawson

v.

CITY OF DETROIT,

       Defendant.

_____/

## ORDER OF DISMISSAL

On October 4, 2011, the parties placed a settlement agreement on the record in open court.

Accordingly, it is **ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** and without costs. Either party may apply to reopen this matter on or before **December 5, 2011,** to enforce the settlement agreement.

                                                          s/David M. Lawson
                                                          DAVID M. LAWSON
                                                          United States District Judge

Dated: October 6, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 6, 2011

                         s/Deborah R. Tofil
                         DEBORAH R. TOFIL